FOLGER LEVIN & KAHN LLP
Susan W. Ansberry (SB# 121300)
Karen J. Petrulakis (SB# 168732)
Embarcadero Center West
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: (415) 986-2800

Attorneys for Defendants
Albertson's, Inc. and Joseph Sanchez

FILED
MAY 17 3 24 PM '99
BY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARTIN GUERRERO,

Plaintiff,

v.

ALBERTSON'S, INC. dba THE GROCERY WAREHOUSE, JOE SANCHEZ, ALEX RUIZ, RAY GAUERKE, and DOES 1-15, inclusive,

Defendants.

Case No. CV-F-98-5585 AWI LJO

**STIPULATION OF DISMISSAL AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between defendants Albertson's, Inc. ("Albertson's"), defendant Joseph Sanchez ("Sanchez"), defendant Ray Gauerke ("Gauerke"), defendant Alex Ruiz ("Ruiz") and plaintiff Martin Guerrero ("Guerrero") through their counsel of

///

///

///

///

///

///

///

///



19

record, that that the above-captioned action be and hereby is dismissed with prejudice as to all defendants pursuant to FRCP 41(a)(1).

Dated: May 5, 1999

WILSON, ALTSCHULE & WITTIG

Joseph Altschule, Esq.
Attorneys for Plaintiff Martin Guerrero

Dated: May 4, 1999

FOLGER LEVIN & KAHN LLP

Karen J. Petrulakis
Attorneys for Defendants
Albertson's, Inc. and Joseph Sanchez

Dated: May 12, 1999

KNUT BARDE, Attorney at Law

Knut Barde
Attorney for Defendant Alex Ruiz

Dated: May 17th, 1999

ROBERT VANDERHORST, Attorney at Law

Robert Vanderhorst
Attorney for Defendant for Ray Gauerke

**IT IS SO ORDERED.**

Dated: May 17, 1999

By: THE HONORABLE ANTHONY W. ISHII
UNITED STATES DISTRICT COURT

I:\10068\5006\0138KJP.STP

United States District Court
for the
Eastern District of California
May 18, 1999

* * CERTIFICATE OF SERVICE * *

1:98-cv-05585

Guerrero

v.

Albertson's Inc

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on May 18, 1999, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

AWI LJO

Joseph Altschule
Wilson ans Altschule
100 Willow Plaza
Ste 401
Visalia, CA 93291

Karen Jensen Petrulakis
Folger Levin and Kahn
Embarcadero Center West
275 Battery Street
23rd Floor
San Francisco, CA 94111

Knut W Barde
384 North Hockett
Porterville, CA 93257

Robert E Vanderhorst
Law Office of Robert E Vanderhorst
288 North D Street
Porterville, CA 93257

J. Staryk